# UNITED STATES COURT OF APPEALS
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | | |
|---|---|---|
| **Evergreen Shipping Agency (America) Corp.** | ) | |
| | ) | |
| **and** | ) | |
| | ) | |
| **Evergreen Line Joint Service Agreement,** | ) | |
| | ) | |
| **Petitioners,** | ) | |
| **v.** | ) | |
| | ) | **No. 25-1104** |
| **Federal Maritime Commission** | ) | |
| | ) | |
| **and the** | ) | |
| | ) | |
| **United States of America,** | ) | |
| | ) | |
| **Respondents.** | ) | |

## PETITIONER'S STATEMENT OF THE ISSUE TO BE RAISED

Pursuant to the Clerk's Order of April 7, 2025, and D.C. Circuit Rule 28(a)(1), Petitioners Evergreen Shipping Agency (America) Corp. and Evergreen Line Joint Service Agreement hereby submit the following Statement of the Issue to Be Raised in this appeal:

1. Whether the Order on Remand issued by the Federal Maritime Commission ("Commission"), following this Court's decision in *Evergreen Shipping Agency (America) Corp. v. Federal Maritime Commission*, 106 F.4th 1113 (D.C. Cir. 2024), was arbitrary, capricious, an abuse of discretion, otherwise unlawful and should be set aside pursuant to the Administrative Procedure Act, 5 U.S.C. 706.

Dated: May 7, 2025

Respectfully submitted,

Robert K. Magovern #50634
Cozen O'Connor
2001 M. Street, NW
Washington, DC 20036
(202) 463-2539;
rmagovern@cozen.com
*Counsel for Petitioners*

**CERTIFICATE OF SERVICE**

I, Robert K. Magovern, hereby certify that on May 7, 2025, I electronically filed the foregoing document with the Clerk of the Court for the United States Court of Appeals for the D.C. Circuit by using the CM/ECF system. The following participants in the case who are registered CM/ECF users will be served by the CM/ECF system:

Mr. Robert J. Wiggers
United States Department of Justice
robert.wiggers@usdoj.gov

Mr. Robert B. Nicholson
United States Department of Justice
robert.nicholson@usdoj.gov

Mr. Christopher Hughey
Federal Maritime Commission
phughey@fmc.gov

Mr. Harry Summers
Federal Maritime Commission
hsummers@fmc.gov

Ms. Stephanie E. Rice
Federal Maritime Commission
srice-hartung@fmc.gov

_____
Robert K. Magovern #50634
Cozen O'Connor
2001 M. Street, NW
Washington, DC 20036
(202) 463-2539
rmagovern@cozen.com

*Counsel for Petitioners*